UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/31/20

CAPRI M. JONES,

        Plaintiff,

v.

EPHRAIM BAKSHIEV AND MURRAY ENTERPRISES LTD.,

        Defendants.

No. 19-CV-4064 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

A post-discovery conference in this action was scheduled for today, January 31, 2020. Plaintiff's counsel did not appear at this conference, nor did he inform the Court of any reason why he would not be able to attend. Accordingly, the Court hereby adjourns the post-discovery conference to February 21, 2020 at 12:15 p.m. If Plaintiff does not appear at the conference on February 21, 2020, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 31, 2020
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge