UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPRI M. JONES, <br><br> Plaintiff, <br><br> v. <br><br> EPHRAIM BAKSHIEV AND MURRAY ENTERPRISES LTD., <br><br> Defendants. | USDC-SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: <br> DATE FILED: 2/21/2020 <br><br> No. 19-CV-4064 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the deadline to complete all discovery in this action is extended to May 15, 2020. If Plaintiff intends to depose Defendant, that deposition shall be conducted via videoconference. The Court will hold a post-discovery conference on May 29, 2020 at 2:45 p.m. The parties shall jointly file a letter updating the Court as to the status of the case no later than May 22, 2020.

SO ORDERED.

Dated: February 21, 2020
New York, New York

Ronnie Abrams
United States District Judge