UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPRI M. JONES,

                Plaintiff,

         v.

EPHRAIM BAKSHIEV AND MURRAY ENTERPRISES LTD.,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-20-20

19-CV-4064 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person.  Counsel should still submit their joint letter by May 22, 2020, as directed in the Court's February 21, 2020 Order.  If the parties are unable to submit their joint letter by May 22nd, they shall request an extension to do so.  In their joint letter, the parties should also indicate whether they can do without a conference altogether.  If not, the Court will hold the conference by telephone.  In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    May 20, 2020
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge